UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| IVETT AYESTAS, | ) | Case No. CV 11-3102-JST(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JAVIER CAVAZOS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 16, 2012

_____
Josephine Staton Tucker
United States District Judge